UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-63108-CIV-SINGHAL

ADIBA EVA HAIDER,

Petitioner,

v.

JUAN GONZALEZ as ICE ERO/FIELD OFFICE DIRECTOR BROWARD COUNTY TRANSITIONAL CENTER, *et al.*,

Respondents.
______________________________________/

**ORDER**

**THIS CAUSE** is before the Court upon Respondents' Notice of Removal (DE [8] (the "**Notice**")), in which Respondents advise the Court that Petitioner was removed from the United States and move for an order dismissing the Petition (DE [1]) as moot. Because all requested relief is now moot, *see* (DE [1] at 9–10), it is hereby

**ORDERED AND ADJUDGED** that the Petition (DE [1]) is **DISMISSED AS MOOT**. The Clerk of Court is respectfully directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions. In the event Petitioner was not removed or this case is not otherwise moot, Petitioner may move for consideration of this Order and to re-open the case by **November 27, 2026**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 13th day of November 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF